UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TI GROUP AUTOMOTIVE
SYSTEMS, LLC, a Delaware
Limited Liability Company,

   *Plaintiff*,

CASE NO. 2:05CV74325

Hon.: Nancy G. Edmunds
Mag.: Stephen Pepe

v.

PERFORMANCE AFTERMARKET
PARTS GROUP, LTD, a Texas Limited
Partnership

   *Defendant*.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANT**

  Plaintiff TI Group Automotive Systems, LLC, by its undersigned attorneys, hereby voluntarily dismisses without prejudice its claims against Defendant Performance Aftermarket Parts Group, Ltd., pursuant to Fed. R. Civ. P. 41(a)(1). No answer or motion for summary judgment has been filed by Defendant, and Plaintiff has not previously dismissed in any court of the United States or of any state an action based on or including the same claims.

**BUTZEL LONG P.C.**

By: /s/ John C. Blattner
   J. Michael Huget (P39150)
   John C. Blattner (P52745)
   350 S. Main St., Suite 300
   Ann Arbor, Michigan 48104
   (734) 995-3110 (tel.)
   (734) 995-1777 (fax)

   huget@butzel.com
   blattner@butzel.com

Dated:  December 19, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2005, I electronically filed PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANT, with the Clerk of the Court which will send notification of such filing to the following: James F. Kamp, Radar Fishman & Grauer PLLC, jfk@radarfishman.com.

**BUTZEL LONG P.C.**

By: /s/ John C. Blattner
    J. Michael Huget (P39150)
    John C. Blattner (P52745)
    350 S. Main St., Suite 300
    Ann Arbor, Michigan 48104
    (734) 995-3110 (tel.)
    (734) 995-1777 (fax)

    huget@butzel.com
    blattner@butzel.com